# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) |
| v. | ) |
| Santos Gatica-Robledo, | ) Case No. 17-9394 MJ |
| A089 962 237 | ) |
| *Defendant* | ) |
|  | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 14, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Santos Gatica-Robledo, an alien, was found in the United States of America at or near Gila Bend, in the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States at or near Del Rio, Texas, on or about September 13, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey Jr., P.S. for AUSA Brandon M. Brown

☒ Continued on the attached sheet.

*Complainant's signature*

Jimmy X. Cepeda
U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 15, 2017

*Judge's signature*

City and state: Phoenix, Arizona

Eileen S. Willett
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Jimmy X. Cepeda, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On September 14, 2017, Border Patrol Agent J. Jenkins encountered an individual near Gila Bend, in the District of Arizona. The agent identified himself as a Border Patrol agent and performed an immigration inspection on the individual. The individual, later identified as Santos Gatica-Robledo, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Gatica-Robledo was transported to the Ajo Border Patrol Station for further processing. Gatica-Robledo was held in administrative custody until his criminal and immigration history could be verified.

3. Immigration history checks revealed Santos Gatica-Robledo to be a citizen of Mexico and a previously deported criminal alien. Gatica-Robledo was removed from the United States to Mexico through Del Rio, Texas, on or about September 13, 2016, pursuant to a removal order issued by an immigration judge. There is no record of Santos Gatica-Robledo in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland

1

Security to return to the United States after his removal. Gatica-Robledo's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Santos Gatica-Robledo was convicted of Possession with Intent to Distribute Marijuana, a felony offense, on May 20, 2015, in the United States District Court, District of Arizona. Gatica-Robledo was sentenced to a term of twenty four (24) months' imprisonment and three (3) years' supervised release. Gatica-Robledo's criminal history was matched to him by electronic fingerprint comparison.

5. On September 14, 2017, Santos Gatica-Robledo was advised of his constitutional rights. Gatica-Robledo freely and willingly acknowledged his rights but did not agree to provide a statement.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about September 14, 2017, Santos Gatica-Robledo, an alien, was found in the United States of America at or near Gila Bend, in the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States

///

///

at or near Del Rio, Texas, on or about September 13, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Jimmy X. Cepeda
U.S. Border Patrol Agent

Sworn to and subscribed before me
this 15th day of September, 2017.

_____
Eileen S. Willett
United States Magistrate Judge